## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

JOSEPH ANTONIO WEAVER,            )
                                  )
            Plaintiff,            )
                                  )
      v.                          )            No. 4:15CV629 RLW
                                  )
HERBERT L. BERNSEN,               )
                                  )
            Defendant,            )

### MEMORANDUM AND ORDER

Joseph Weaver has filed this civil rights action on behalf of several other prisoners at the St. Louis City Justice Center. He has not named himself as a plaintiff, and he purports to be the other inmates' agent. However, plaintiff is not authorized to practice law.

Non-lawyers may sue on their own behalf, but they may not sue on behalf of others. See 28 U.S.C. § 1654; see also 7A Wright, Miller & Kane, Federal Practice and Procedure: Civil 3d § 1769.1 ("class representatives cannot appear pro se."). As a result, this action has not been properly filed, and it is summarily dismissed.

If any of the prisoners named in the complaint wish to file a civil rights action based on the facts alleged in the complaint, they must file individual lawsuits.

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice.

An Order of Dismissal will be filed separately.

Dated this 23ᵈ day of April, 2015.

_____
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE